The Honorable John H. Chun

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HERMANSON COMPANY, LLP, A WASHINGTON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUSPOINT SPECIALTY INSURANCE CORPORATION, A FOREIGN CORPORATION<br><br>Defendant. | Case No. 2:23-cv-00431-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR ORDER ESTABLISHING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT AND SUSPENDING, STRIKING OR STAYING CASE SCHEDULE |

THIS MATTER came before the Court on the parties' Stipulated Motion for Order Establishing Briefing Schedule on Cross Motions for Summary Judgment and Suspending, Striking, or Staying Case Schedule.

The Court has considered the parties' motion and the documents in the Court file and is fully advised in the premises.

WHEREFORE it is ORDERED as follows:

ORDER GRANTING STIPULATED MOTION FOR ORDER ESTABLISHING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT AND SUSPENDING CASE SCHEDULE
Case No.: 2:23-cv-00431-JHC - 1

4903 103889 4853-3713-4954 .v3

1. The parties' motion is GRANTED.

2. The following briefing schedule shall apply to the parties' early cross motions for summary judgment or partial summary judgment ("summary judgment") that directly relate to and flow from the legal interpretation of the provision of the insurance policy referenced in the motion:

    Filing Deadline:    July 20, 2023

    Response Deadline:    August 7, 2023

    Rebuttal Deadline:    August 18, 2023

This Order does not preclude either party from filing subsequent dispositive motions to the extent otherwise authorized by the Federal Rules and Civil Rules.

3. The deadlines in the Court's case schedule (ECF 11) are suspended, stayed, and stricken pending the Court's ruling on the parties' early cross motions for summary judgment.

Dated this 23rd day of June, 2023

*John H. Chun*
_____
Hon. John H. Chun
United States District Judge

Presented by:

/s *Greg D. Pendleton*
_____
Greg D. Pendleton, WSBA# 38361
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, WA 98101
Telephone: 206.467.6477
gpendleton@gordontilden.com
Attorneys for Plaintiff Hermanson Company, LLP

/s *Robert A. Meyers*
_____
Robert A. Meyers, WSBA# 24846
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
Telephone: 206.447.6461
bmeyers@selmanlaw.com
Attorneys for Defendant SiriusPoint Specialty Insurance Corporation

ORDER GRANTING STIPULATED MOTION FOR
ORDER ESTABLISHING BRIEFING SCHEDULE
ON CROSS-MOTIONS FOR SUMMARY
JUDGMENT AND SUSPENDING CASE
SCHEDULE
Case No.: 2:23-cv-00431-JHC - 2

4903 103889 4853-3713-4954 .v3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

DATED this 22nd day of June, 2023.

    /s/ Emily Rose
Emily Rose

ORDER GRANTING STIPULATED MOTION FOR ORDER ESTABLISHING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND SUSPENDING CASE SCHEDULE
Case No.: 2:23-cv-00431-JHC - 3

4903 103889 4853-3713-4954 .v3