UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMANSON COMPANY, LLP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SIRIUSPOINT SPECIALTY INSURANCE CORPORATION,<br>　　　　　　Defendant. | CASE NO. 2:23-cv-00431-JHC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

　　　　In light of the Court's order (Dkt. # 26) denying Defendant Siriuspoint Specialty Insurance Corporation's motion for summary judgment (Dkt. # 15) and granting Plaintiff Hermanson Company, LLP's motion for partial summary judgment (Dkt. # 17), the Court DIRECTS the parties to meet, confer, and file a joint status report proposing a new case scheduling order on or before January 31, 2024.

　　　　/

　　　　/

　　　　/

MINUTE ORDER - 1

Dated this 2nd day of January 2024.

                    <u>Ravi Subramanian</u>
                    Clerk

                    <u>*/s/Ashleigh Drecktrah*</u>
                    Deputy Clerk

MINUTE ORDER - 2