UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HERMANSON COMPANY, LLP, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUSPOINT SPECIALTY INSURANCE CORPORATION, a foreign corporation,<br><br>Defendant. | NO. 2:23-cv-00431- JHC<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulated Notice of Dismissal of this action signed by all counsel of record (Dkt. # 33), IT IS HEREBY ORDERED that all claims and causes of actions are DISMISSED WITH PREJUDICE, with each party to bear its own attorney fees and costs.

DATED this 24th day of June, 2024.

_____
John H. Chun
United States District Judge

ORDER OF DISMISSAL- 1
No. 2:23-cv-00431 JHC